UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:04-CR-163 |
| V. | ) | PHILLIPS/SHIRLEY |
| | ) | |
| | ) | |
| | ) | |
| IVAN D. BRADEN | ) | |

ORDER OF SUBSTITUTION OF COUNSEL

The defendant appeared before the undersigned on January 18, 2006, for a hearing on a Motion to Substitute Counsel [Doc. 35] filed pro se by defendant. Mr. Dake, counsel for the government, objected to the defendant's motion for new counsel.

Ms. Voss stated that pursuant to the defendant's statements to the Court and defendant's position concerning her representation that the attorney/client relationship has been broken and that new counsel should be appointed. The Court finds the motion is appropriate and **GRANTS** the motion. Ms. Voss is relieved of the appointment and Mr. Wade Davies is appointed as counsel of record for the defendant. Mr. Davies was not present in court but accepted the appointment by phone.

It is therefore **ORDERED** that Mr. Wade Davies be substituted as counsel of record for Ms. Braden, in the place and stead of Paula R. Voss who is hereby relieved of their appointment.

ENTERED:

    s/ Thomas W. Phillips
UNITED STATES MAGISTRATE JUDGE

-2-

Case 3:04-cr-00163   Document 38   Filed 01/18/06   Page 2 of 2   PageID #: 63