UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-163 |
| | ) | (Phillips) |
| IVAN DUANE BRADEN | ) | |

## **ORDER**

By order of this court entered August 23, 2006, defendant was committed for treatment at FMC Butner, North Carolina. The court has received the report and evaluation from FMC Butner indicating that defendant has completed his treatment [Doc. 57].

Accordingly, this matter is set for a status conference on **April 3, 2007 at 1:30 p.m.** The defendant shall be transported to the Eastern District of Tennessee as soon as is reasonable in order that he may confer with counsel prior to the April 3, 2007 hearing. The court recommends that any medications administered by the Federal Medical Center be continued during defendant's transport from the Federal Medical Center to this district.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge