## U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Ivan Duane Braden     **Docket Number:** 3:04-CR-163-001

**Name of Sentencing Judicial Officer:**    The Honorable Thomas W. Phillips
United States District Judge

**Date of Original Sentence:** September 17, 2007

**Original Offense:**    Count One: Knowingly & Intentionally Attempting to Destroy, by Means of an Explosive, a Building in Interstate Commerce, in violation of Title 18 U.S.C. § 844(I)

Count Two: Knowingly Possessing a Firearm, that is, a Destructive Device, Not Registered in the National Firearms Registration and Transfer Record, in violation of Title 26 U.S.C. § 5861(d)

Count Three: Possession of a Shotgun in Furtherance of a Crime of Violence, in violation of Title 18 U.S.C. § 924(c)(1)

**Class:** A Felony     **Criminal History Category:** VI

**Original Sentence:** 181 months imprisonment, followed by five (5) years of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** April 17, 2018

**Date Supervision Expires:** April 16, 2023

**Assistant U.S. Attorney:** David G. Dake

**Defense Attorney:** Wade V. Davies

*********************************************

Request for Modifying the Conditions or Term of Supervision     Page 2
with Consent of the Offender
Re: BRADEN, Ivan Duane                                Docket Number: 3:04-CR-163-001

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The offender shall participate in a cognitive behavioral treatment program as directed by the probation officer.**

## CAUSE

Through the course of supervising Mr. Braden, this officer completed a risk assessment. Mr. Braden was rated as a High risk offender, with a violence category of two. In order to address the risk to the public, as well as the risk of violence, Mr. Braden will be referred to a Cognitive Behavioral Treatment (CBT) program. The goal of CBT programs is to change the way the participant thinks, thereby changing the way he behaves. Such changes will protect the public and promote the successful reentry of the participant into the community. The addition of the above condition will allow the United States Probation Office to utilize Second Chance Act funding to pay for the service.

Based on the above circumstances, it is recommended Mr. Braden's conditions of supervision be modified to allow him to participate in a cognitive behavioral treatment program at the United States Probation Office's direction. Supervising United States Probation Officer Corey Miller has consulted with Deputy Criminal Chief Caryn Hebets in regard to the above condition, and she responded on behalf of the United States Attorney's Office that there are no objections to the proposed modification.

Respectfully submitted,

*Nicholas P. Dongarra*
Nicholas Peter Dongarra
2018.12.28 15:08:33 -05'00'

Nicholas P. Dongarra
United States Probation Officer

APPROVED:

*Corey Miller*
Corey Miller
2018.12.28
14:37:16 -05'00'

_____
Corey Miller                Date
Supervising United States Probation Officer

NPD:tbw

Request for Modifying the Conditions or Term of Supervision        Page 3
with Consent of the Offender
Re: BRADEN, Ivan Duane                                  Docket Number: 3:04-CR-163-001

**ORDER OF COURT:**

The conditions of supervision are hereby modified as follows:

**The offender shall participate in a cognitive behavioral treatment program as directed by the probation officer.**

So ordered.

**ENTER.**

_Thomas H. Phillips_
The Honorable Thomas W. Phillips
United States District Judge

1/2/18
Date

PROB49
EDTN79 - 12/2006

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TENNESSEE

### Name of Offender: Ivan Duane Braden
### Docket Number: 3:04-CR-163-001

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The offender shall participate in a cognitive behavioral treatment program as directed by the probation officer.**

Witness: _____  Signed: _____
United State Probation Officer                    Supervised Releasee

_____12-19-2018_____
Date