# UNITED STATES PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Ivan Duane Braden     **Docket Number:** 3:04-CR-0-00163-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas W. Phillips
United States District Judge

**Name of Presiding Judicial Officer:** The Honorable Katherine A. Crytzer
United States District Judge

**Date of Original Sentence:** September 17, 2007

**Original Offense:** Count One: Knowingly & Intentionally Attempting to Destroy, by Means of an Explosive, a Building in Interstate Commerce, in violation of Title 18 U.S.C. § 844(I)

Count Two: Knowingly Possessing a Firearm, that is, a Destructive Device, Not Registered in the National Firearms Registration and Transfer Record, in violation of Title 26 U.S.C. § 5861(d)

Count Three: Possession of a Shotgun in Furtherance of a Crime of Violence, in violation of Title 18 U.S.C. § 924(c)(1)

**Class:** A Felony     **Criminal History Category:** VI

**Original Sentence:** 181 months imprisonment and 60 months supervised release

**Modified Sentence:** **January 2018** – The offender shall participate in cognitive behavioral treatment program as directed by the probation officer.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** April 17, 2018

**Date Supervision Expires:** April 16, 2023

**Assistant U.S. Attorney:** David G. Dake

**Defense Attorney:** Wade V. Davies

**Revocation Guideline Range:** 51-63 months -Restricted 60 months     **Statutory Maximum:** 5 years
(Class A violation)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**  **Nature of Noncompliance**

    **1**  **General Condition:** The defendant shall not commit another federal, state, or local crime.

On September 21, 2021, the defendant was arrested for two counts of Aggravated Assault - Domestic, in violation of T.C.A. Section 39-13-102, a class C felony.

According to the Affidavits of Complaint, filed by Christopher McCurry with the Knoxville Police Department:

> THE DEFENDANT COMMITTED THE OFFENSE OF AGGRAVATED ASSAULT - DOMESTIC, IN VIOLATION OF TCA SECTION 39-13-102. THIS INCIDENT OCCURRED ON OR ABOUT TUESDAY, SEPTEMBER 21, 2021 AT 18:33 AT 3179 LAKE BROOK BOULEVARD. SUSPECT APPEARED AT THE VICTIMS APARTMENT. THE VICTIMS JUVENILE SON ANSWERED THE DOOR AND SUSPECT THREATENED HIM WITH A BOX CUTTER TO TAKE THE SUSPECT TO HIS MOTHER. THE MOM STEFANIE BROWN (12/28/73) WAS ON THE BACK PORCH. THE SUSPECT HELD THE BOX CUTTER TO HER THROAT AND THREATENED TO KILL HER. A CITATION WAS NOT ISSUED BECAUSE OFFENSE IS A FELONY.

On September 22, 2021, this officer contacted the victim, the defendant's former girlfriend. She confirmed the defendant had a boxcutter and pointed it at her son and then held it to her throat.

**Assessment of Flight/Danger and Bond Recommendation:** Currently, Mr. Braden is in the custody of the Knox County Sheriff's Department and does not appear to pose a risk of flight. However, based on the new criminal conduct, and the violent nature of his instant offense, he appears to pose a danger to the community. Therefore, bond is not recommended.

**Petitioning the Court to order:**

That a Warrant be issued and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2021

Respectfully submitted,

Nicholas P Dongarra
United States Probation Officer
Knoxville Division

APPROVED:

Corey Miller
Supervising United States Probation Officer

**ORDER OF COURT:**

A Warrant is to be issued, and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

**ENTER.**

The Honorable Katherine A. Crytzer
United States District Judge